**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| VS. | ) | CR. NO. 1:17-10020-STA |
| MICHAEL BEAMISH, | ) ) ) | |
| Defendant. | ) | |

**ORDER ON CHANGE OF PLEA
AND NOTICE OF SETTING**

This cause came to be heard on August 27, 2018, Assistant United States Attorney, Taylor Eskridge, appearing for the Government and the defendant, Michael Beamish, appearing in person, and with counsel, Dianne Smothers.

With leave of the Court, the defendant withdrew the not guilty plea heretofore entered and entered a plea of guilty to Count 1 of the Indictment.

A basis in fact having been established, the Court accepted the guilty plea.

**SENTENCING** in this case is **SET** for **TUESDAY, DECEMBER 11, 2018 at 10:00 A.M., before Chief S. Thomas Anderson.**

Defendant is remanded to the custody of the United States Marshals.

**ENTERED** this the 27th day of August, 2018.

                                                  s/ S. Thomas Anderson
                                               CHIEF JUDGE, U. S. DISTRICT COURT